UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-81177-CIV-RYSKAMP/VITUNAC

SFM HOLDINGS, LTD. and
SALOMON MELGEN, M.D.,

    Plaintiffs,

v.

JEROME FISHER and
BANC OF AMERICA SECURITIES, LLC,

    Defendants.
_____/

## ORDER GRANTING MOTION TO ENTER JUDGMENT

THIS CAUSE comes before the Court pursuant to Plaintiffs' Motion for Entry of Judgment, filed May 5, 2010 **[DE 210]**. Defendant responded on May 13, 2010 **[DE 212]**. Plaintiffs replied on May 20, 2010 **[DE 217]**. This motion is ripe for adjudication.

On April 22, 2010, the Court entered its Order Granting Motion to Dismiss Amended Complaint With Prejudice, dismissing Jerome Fisher as a Defendant in this action. Plaintiffs request that the Court enter a final judgment given that the only remaining matters in this action involve awards of fees and costs. It is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Final judgment shall be entered by separate order.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 14th day of June, 2010.

                                                   S/Kenneth L. Ryskamp
                                                   KENNETH L. RYSKAMP
                                                   UNITED STATES DISTRICT JUDGE